MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY E. FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

### JURISDICTION

1.      The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.      The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3.      Plaintiff is a natural person and is a "consumer" as defined by § 1681a(c) of the FCRA.

4.    The Defendant Experian Information Solutions, Inc. ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5.    Experian is a consumer reporting agency, as defined in FCRA § 1681(f), regularly engaged in the business of assembling, evaluating, and dispensing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6.    Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7.    Plaintiff was defrauded by Defendant's client, Hyundai Capital America dba Hyundai Motor Finance (HCA).

8.    HCA's fraud was conducted in tandem with its business partner, ABC Hyundai of Las Vegas (ABC).

9.    HCA and ABC share interdependent economic interests within a highly profitable Joint Enterprise.

10.   Defendant's relationship with HCA is likewise profitable.

11.   The fraud resulted in HCA and Defendant delinquently reporting Plaintiff's account.

12.   Plaintiff provided a formal complaint to both the Nevada Attorney General and Nevada DMV.

13.   On April 9, 2020 Plaintiff disputed Defendant's reporting of HCA's account in great detail (Exhibit 1).

14.   Exhibit 1 interstitially documented the underlying fraud resulting in Defendant's serial inaccurate reporting.

15.   The documentation Plaintiff provided included inculpating texts from ABC's own Agent (Exhibit 2).

16.     Notwithstanding, on May 2, 2020 Defendant "verified" HCA's misreporting (Exhibit 3).

17.     On June 26, 2020 Plaintiff again comprehensively disputed Defendant's reporting (Exhibit 4).

18.     Notwithstanding, on July 28, 2020 Defendant again "verified" Defendant's misreporting (Exhibit 5).

19.     Exhibit 5 reflects a $1,433.00 *charge-off.*

20.     By contrast, on July 9, 2020 Trans Union deleted HCA's fraudulent account (Exhibit 6).

21.     On October 21, 2020 HCA instructed Defendant to delete the fraudulent tradeline (Exhibit 7).

22.     Defendant parroted previously reported information notwithstanding documentation strongly revealing the highly unreliable nature of the information.  Cushman v. Trans Union Corp., 115 F.3d 220, 225 (3rd Cir. 1997).

23.     In failing to correct Plaintiff's report, Defendant continued to report *patently inaccurate* information in violation of the FCRA.  Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

24.     In failing to appropriately revise Plaintiff's report, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

25.     Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading.  Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

26.     Defendant violated the FCRA in its failure to provide additional information explicating the status of Plaintiff's account.  Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347 (M.D.Fl 2015).

27.     Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct.  McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

28.     In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a.     By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b.     By willfully and/or negligently failing to comport with FCRA § 1681i.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

a.     actual damages;

b.     punitive damages;

c.     attorney's fees; and

d.     costs.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

April 9, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:  **Ferguson, Timothy / Dispute**

Dear Sir,

This letter is a Dispute.  I have attached an excerpt from my recent credit profile (Exhibit 1).  My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns.  I have personally reviewed, approved and signed this correspondence.

I provide my personal information: Timothy E. Ferguson; Spouse: Julia; current address: _____
_____; Previous address: 7223 Campolina Court, Las Vegas, NV 89113; SSN _____
_____; date of birth: _____; 1962.

Please delete the noted 12/18/15 Hyundai Finance (HF) account (Exhibit 1). It's erroneously reporting a delinquency in excess of $2,000. The purported delinquency relates to Fraud perpetrated by the Dealership, ABC Hyundai (ABC). ABC and HF share interdependent economic interests and a highly profitable Joint-Enterprise. We were repeatedly advised there would be no excess mileage fees and/or other fees associated with the return of our 2015 Sonata. We have timely made all payments on both vehicles. These deceitful inducements prompted us to buy our 2020 Elantra-otherwise, we would have simply considered buying out the prior Sonata lease. Instead, we received from HF the attached $2,231 invoice (Exhibit 2).

I've attached copies of texts made by ABC's own salesperson confirming his/their repeated representations there were no excess mileage fees and/or other fees (Exhibits 3 & 4). I've also attached our comprehensive 1/5/20 Complaint sent to both the NV Attorney General and DMV (Exhibit 5). Last, I've attached HF's utterly impassive 1/21/20 dun threatening further collections (Exhibit 6). Again, please delete this fraudulent reporting.

My credit is otherwise superb. Thank you in advance for your anticipated courtesy.

Very truly yours,

Timothy Ferguson

Enclosures

**EXHIBIT 1**

Hi Javier, just checking on a couple things. Julie stopped by and picked up the green slip, and dropped off the second key to Andrew for the old car. Will you please verify it got to who it needed to so I don't get charged for a missing key. Also just confirming that when they turn the old car back that I'm not going to receive any surprise and owe for any lease turn-in fees, ware-n-tare fees, or over mileage fees, etc?

I'll make sure I get the key

EXHIBIT 2

key to Andrew for the old car. Will you please verify it got to who it needed to so I don't get charged for a missing key. Also just confirming that when they turn the old car back that I'm not going to receive any surprise and owe for any lease turn-in fees, ware-n-tare fees, or over mileage fees, etc?

I'll make sure I get the key to the used car manager! And when you buy into a new Hyundai they waive the fees unless there's significant damage

Awesome. I know there

significant damage

Awesome, I know there was no damage, but we were over the miles, but I know you guys said that will all be taken care of? Just double checking, had a bad extinguisher the past!

Oops, bad experience

Of course If Andrew has the keys I'll talk to him about where they went and we'll get everything stored away for the lease end.

Cool! So no turn in fees or mileage fees?

That's what I've seen when you return a lease in good shape. 👍

Only when the key goes missing or damage to vehicle do they charge additional

My used car manager is pretty quick with the lease end paperwork I'll get in contact with him about your vehicle keys

Thank you!

Wed, Dec 4, 12:17 PM

when you return a lease in good shape. 👍

Only when the key goes missing or damage to vehicle do they charge additional

My used car manager is pretty quick with the lease end paperwork I'll get in contact with him about your vehicle keys

Thank you!

Wed, Dec 4, 12:17 PM

Both keys are accounted for so there should be no hiccups on that part.

Thank you!

Wed, Dec 4, 12:17 PM

Both keys are accounted for so there should be no hiccups on that part.

Great, Thank you!!

Wed, Dec 18, 10:59 AM



HYUNDAI FINANCE  HYUNDAI MOTOR FINANCE
PO BOX 650827
EL DORADO HILLS, CA 95762-0027

November 23, 2019

PB 01 001042 51114 E 6 A
JULIA E FERGUSON
3805 MELADOR FALLS AVE
N LAS VEGAS, NV 89081-6205

Re: Hyundai Motor Finance Lease Agreement, dated 12/15/2015
Account Number: 1513290660
Leased vehicle: 2015 Hyundai Sonata 4dr Sdn 2.4L
VIN: 5NPE24AF4FH195663
Maturity Date: 12/15/2019

Dear Julia E Ferguson:

Thank you for returning your leased vehicle to Hyundai Motor Finance as a part of our Loyalty Program. In accordance with the terms of your lease contract, you are responsible for the outstanding fees listed below. If applicable, other fees incurred prior to turning in the vehicle including parking violations, personal property taxes, official state fees and taxes, etc., will be billed at a later date.

| | |
|---|---|
| Due and unpaid lease payments (including any applicable tax) | $0.00 |
| Other Amounts Due (other than excess wear and excess mileage) | $0.00 |
| Excess Mileage Charge | $2,061.40 |
| Excess Wear and Use (includes $350.00 loyalty credit)* | $0.00 |
| Disposition Fee | $0.00 |
| Accrued Late Fees | $0.00 |

**Hyundai Finance** letter (partially legible):

HYUNDAI MOTOR FINANCE
PO BOX 650007
EL DORADO HILLS, CA 95762-0007

November 23, 2019

JULIA E FERGUSON
SIXX MELADOR FALLS AVE
N LAS VEGAS, NV 89081-6206

Re: Hyundai Motor Finance Lease Agreement, dated 12/18/2015
Account Number: 1513290060
Leased Vehicle: 2016 Hyundai Sonata 4D Sdn Se
Vin: 5NPE24AF8FH138083
Maturity Date: 12/18/2019

Dear Julia E Ferguson:

Thank you for returning your leased vehicle to Hyundai Motor Finance as a part of our Loyalty Program. In accordance with the terms of your lease contract, you are responsible for the outstanding fees listed below. If applicable, other fees incurred prior to turning in the vehicle including parking violations, personal property taxes, official state fees and taxes, etc., will be billed at a later date.

| | |
|---|---|
| Due and unpaid lease payments (excluding any sales/use tax) | $0.00 |
| Other Amounts Due (other than excess wear and excess mileage) | $0.00 |
| Excess Mileage Charge | $2,061.40 |
| Excess Wear and Use (includes $250.00 loyalty reward)* | $0.00 |
| Disposition Fee | $0.00 |
| Accrued Late Fees | $0.00 |
| Accrued Property Taxes | $0.00 |
| Parking Violations | $0.00 |
| Official Fees and Taxes (Sales/Use Tax) | $0.00 |
| Repossession and Storage Expenses | $170.06 |
| Less: Advanced Lease Payment | $0.00 |
| Less: Security Deposit | $0.00 |
| **Total** | **$2,231.46** |

*A Loyalty Reward covers your Disposition Fee of $400, and any Excess Wear and Use charges up to $500, when you lease or finance a new Hyundai through Hyundai Finance within 60 days of returning your lease. Please call the number below with your new account information.

Please send your payment of $2,231.46 to us within 15 days from the date of the notice. Please call us at 866-771-3663 should you have any additional questions. Thank you again for allowing Hyundai Motor Finance to service your lease.

Sincerely,
Hyundai Motor Finance

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

Hi Javier, I need your help. Why am I getting this bill? We all agreed, us, you, and that manager this would not happen.

Call the dealership ask to speak to Neil Goalstone. I

Hi Javier, I need your help. Why am I getting this bill? We all agreed, us, you, and that manager this would not happen.

Call the dealership ask to speak to Neil Goalstone. I was told the same as you about the remaining balance on a lease trade in

That is our general sales manager

K

PO Box 9701
Allen, TX 75013



0004800  01-MB 0.436  **AUTO  T5 0 7106 89081-523505  -CD1-P046041
TIMOTHY E FERGUSON

ԱԲԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||ԱԲ||Ա



## TIMOTHY E FERGUSON
### Dispute Results
### Report # 1189-5244-62 for 05/02/20

Our reinvestigation of the dispute(s) and/or other
request(s) you recently submitted is now complete.
If an item you disputed is not in the list of results
below, it was either not appearing in your credit file
or it already reflected the requested status at the
time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report
carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to
the furnisher of the information or to the vendor who collected the information from a public record. If we were able to
make changes to your credit report based on information you provided, or if you requested the addition of a statement,
we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all
relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we
provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and
update their records and systems as necessary.

### How to read your results

Deleted - This item was removed from your credit report. **Remains -** The company that reported the information has
certified to Experian that the information is accurate. This item was not changed as a result of our processing of your
dispute.  Updated  (Your results will indicate which one of the following applies.) – a) The information you disputed has
been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include
an update to the disputed information. Please review your report for the details. c) The information you disputed has
been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report
for the details. d) Information on this item has been updated. Please review your report for the details.**Processed -** This
item was either updated or deleted; Please review your report for the details.

### Here are your results

### Credit items

HYUNDAI CAPITAL AMERIC 151328.... Outcome: Updated - The item you disputed has been updated, which may include an
update to the disputed information. Please review your report for the details.

### Before dispute

| HYUNDAI CAPITAL AMERICA Partial Acct # 151328... 4000 MACARTHUR BLVD STE 1000 NEWPORT BEACH CA 92660 (800) 598-4030 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date opened | First reported | Recent balance | Payment history | | | | | | | | | | | | |
| Dec 2015 | Dec 2015 | $1,433 as of Apr 2020 | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Address ID # | Terms | Status | 2020 | | | | | | | | | | | | |
| 0668215410 | 48 Months | Open. $1,433 past due | | | | | | | | | | | | | |
| Type | Monthly payment | as of Apr 2020. | 2019 | | | | | | | | | | | | |
| Auto Lease | $266 | By Jan 2027. this | | | | | | | | | | | | | |
| Responsibility | Credit limit or original | account is scheduled to | 2018 | | | | | | | | | | | | |
| Joint with | amount | go to a positive status. | | | | | | | | | | | | | |
| JULIA  FERGUSON | $11,799 | Comment: | 2017 | | | | | | | | | | | | |
| | High balance | Early | | | | | | | | | | | | | |
| | Not reported | termination/balance | 2016 | | | | | | | | | | | | |
| | | owing. | | | | | | | | | | | | | |
| | | Date of Status | 2015 | | | | | | | | | | | | |
| | | Apr 2020 | | | | | | | | | | | | | |

0107771912

page 1 of 8

# EXHIBIT 3

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Sep19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,231 | 2,231 | 2,231 | 266 | 511 | 757 | 1,003 | 1,249 | 1,495 | 1,741 | 1,986 | 2,232 | 2,478 | 2,724 | 2,970 |
| DPR | Dec05 | Dec05 | Nov21 | Oct15 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec19 | Nov17 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | NO | 10,400 | 266 | 266 | 266 | 266 | 266 | 266 | 265 | 266 | 266 | 266 | 266 | 266 | 266 |
| | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | | | | | | | | |
| AB ($) | 3,216 | 3,461 | 3,707 | 3,953 | 4,199 | 4,445 | 4,691 | | | | | | | | |
| DPR | Oct18 | Sep18 | Aug19 | Jul23 | Jun18 | May18 | Apr18 | | | | | | | | |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | | | | | | | | |
| AAP ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | | | | | | | | |

The original amount of this account was $11,799

## After dispute



HYUNDAI CAPITAL AMERICA Partial Account # 1512CF 5400 ...

### Payment history

| Date opened | First reported | Recent balance |
|---|---|---|
| Dec 2015 | Dec 2015 | $1,433 as of Apr 2020 |
| Address ID # | Terms | Status |
| 0688215410 | 48 Months | Open/Never late |
| Type | Monthly payment | Comment: |
| Auto Lease | $266 | Early |
| Responsibility | Credit limit or original termination/balance | |
| Joint with | amount | owing. |
| JULIA FERGUSON | $11,799 | This item was updated |
| | High balance | from our processing of |
| | Not reported | your dispute in May 2020. |
| | | Date of Status |
| | | Apr 2020 |

| Payment history | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Sep19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,231 | 2,231 | 2,231 | 266 | 511 | 757 | 1,003 | 1,249 | 1,495 | 1,741 | 1,986 | 2,232 | 2,478 | 2,724 | 2,970 |
| DPR | Dec05 | Dec05 | Nov21 | Oct15 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec19 | Nov17 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | NO | 10,400 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | | | | | | | | | |
| AB ($) | 3,216 | 3,461 | 3,707 | 3,953 | 4,199 | 4,445 | | | | | | | | | |
| DPR | Oct18 | Sep18 | Aug19 | Jul23 | Jun18 | May18 | | | | | | | | | |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | | | | | | | | | |
| AAP ($) | 266 | 266 | 266 | 266 | 266 | 266 | | | | | | | | | |

The original amount of this account was $11,799

## If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or a company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last six months for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated we will generally default to sending only to companies that have requested your credit information as a result of an action you took such as applying for credit, insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| | | |
|---|---|---|
| Current | Account 150 days past due | Voluntarily surrendered |
| Account 30 days past due | Account 180 days past due | Repossession |
| | | Defaulted on contract |
| | | Collection |



TIMOTHY E FERGUSON | Report # 1189-5244-62 for 05/02/20

| | | |
|---|---|---|
| Account 60 days past due | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| Account 90 days past due | FS Foreclosure proceedings started EC Insurance claim | CLS Closed |
| Account 120 days past due | F Foreclosed | G Claim filed with government | ND No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

## Credit items

### AQUA FINANCE Partial Acct # X40368 ... 1 CORPORATE DR (WAU... WI 54401 (715) 848 5425

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Oct 2018 | Joint with | Not reported | Not reported |
| Address ID # | JULIA E FERGUSON | Credit limit or original amount | Status |
| 0668215410 | First reported | | Closed. |
| Type | Oct 2018 | High balance | This account is scheduled to continue on record until Dec 2028. |
| Line of Credit | Terms | | Comment: |
| | Not reported | | Purchased by another lender. |
| | | | Date of Status |
| | | | Dec 2018 |

### CAPITAL ONE Partial Acct # 517305846839 ... PO BOX ... SLC UT 84130 (800) 227 4825

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Aug 2011 | Individual | $20 | $7,266 as of Apr 2020 |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0668215410 | Sep 2011 | $ | Open/Never late. |
| Type | Terms | High balance | Date of Status |
| Credit card | Not reported | | Apr 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 7,284 | 7,175 | 7,087 | 5,701 | 4,296 | 4,181 | 3,787 | 3,805 | 3,855 | 3,617 | 3,536 | 3,110 | 3,148 | 3,206 | 3,192 |
| DPR | Mar16 | Feb17 | Jan16 | Dec16 | Nov16 | Oct17 | Sep16 | | Jul17 | Jun17 | May16 | Apr15 | Mar15 | Feb15 | Jan15 |
| SPA ($) | 229 | 236 | 231 | 165 | 143 | 134 | 115 | 117 | 114 | 114 | 102 | 94 | 89 | 108 | 108 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | 1 | ND | ND | ND | ND | ND | ND | ND |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,219 | 3,448 | 2,869 | 2,899 | 2,914 | 2,842 | 2,873 | | | | | | | | |
| DPR | Dec15 | Nov16 | Oct15 | Sep15 | Aug16 | Jul14 | Jun15 | 1 | | | | | | | |
| SPA ($) | 108 | 108 | 100 | 96 | 97 | 93 | 98 | | | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | | | | | | | | |

Between Oct 2018 and Mar 2020, your credit limit/high balance was $8,750

> May 2018 and Sep 2018, your credit limit/high balance was $5,750

### GNB OMAHA Partial Acct # 5986166856... PO BOX 3412 OMA... NE 68103 (800) 888 7070

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Mar 2015 | Individual | | $2,125 as of Apr 2020 |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0668215410 | Apr 2015 | | Open/Never late. |
| Type | Terms | High balance | Date of Status |
| Credit card | Not reported | | Apr 2020 |
| | Recent payment | | |
| | $110 | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,200 | 2,272 | 2,360 | 2,457 | 2,592 | 2,680 | 2,765 | 2,850 | 2,982 | 3,075 | 3,170 | 3,315 | 2,999 | 3,100 | 3,201 |
| DPR | Mar20 | Feb20 | Jan21 | Dec19 | Nov18 | Oct21 | Sep19 | | Jul17 | Jun17 | May20 | Apr22 | Mar19 | Feb19 | Jan22 |
| SPA ($) | 102 | 109 | 113 | 119 | 122 | 127 | 135 | | 144 | 145 | 147 | 159 | 137 | 141 | 149 |
| AAP ($) | 110 | 150 | 150 | 150 | 140 | 150 | 150 | | 150 | 150 | 170 | 150 | 150 | 150 | 340 |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,504 | 3,414 | 3,520 | 3,627 | 3,728 | 3,464 | 3,563 | | | | | | | | |
| DPR | Nov19 | Nov19 | Oct18 | Sep19 | Aug20 | Jul20 | Jun19 | | | | | | | | |

0107771912

page 3 of 8

June 26, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Ferguson, Timothy / Dispute**

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile (Exhibit 1). My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this correspondence.

I provide my personal information: Timothy E. Ferguson; Spouse: Julia; current address: ; Previous address: 7223 Campolina Court, Las Vegas, NV 89113; SSN ; date of birth: 1962.

Please delete the noted 12/18/15 Hyundai Finance (HF) account (Exhibit 1). It's erroneously reporting a delinquency in excess of $2,000. The purported delinquency relates to Fraud perpetrated by the Dealership, ABC Hyundai (ABC). ABC and HF share interdependent economic interests and a highly profitable Joint-Enterprise. We were repeatedly advised there would be no excess mileage fees and/or other fees associated with the return of our 2015 Sonata. We have timely made all payments on both vehicles. These deceitful inducements prompted us to buy our 2020 Elantra-otherwise, we would have simply considered buying out the prior Sonata lease. Instead, we received from HF the attached $2,231 invoice (Exhibit 2).

I've attached copies of texts made by ABC's own salesperson confirming his/their repeated representations there were no excess mileage fees and/or other fees (Exhibits 3 & 4). I've also attached our comprehensive 1/5/20 Complaint sent to both the NV Attorney General and DMV (Exhibit 5). Last, I've attached HF's utterly impassive 1/21/20 dun threatening further collections (Exhibit 6). Again, please delete this fraudulent reporting.

On June 2, 2020 I filed a Federal Complaint against Hyundai (Exhibit 7).

My credit is otherwise superb. Thank you in advance for your anticipated courtesy.

Very truly yours,

Timothy Ferguson

Enclosures

**EXHIBIT 4**

PO Box 9701
Allen, TX 75013



0007797 01.AB 0.416 **AUTO  T5 1 7180 09001-523505  -C01-P07804-1
TIMOTHY E FERGUSON

ֈ|ׁ||ׁ||ׁ|ׁ|ׁ|ׁ||ׁ|ׁ||ׁ|ׁ|ׁ|ׁ||ׁ|ׁ|ׁ||ׁ|ׁ|ׁ|ׁ|ׁ||ׁ||ׁ|



## TIMOTHY E FERGUSON
### Dispute Results
### Report # 0525-5208-66 for 07/28/20

Our reinvestigation of the dispute(s) and/or other
request(s) you recently submitted is now complete.
If an item you disputed is not in the list of results
below, it was either not appearing in your credit file
or it already reflected the requested status at the
time of our reinvestigation.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

If you believe you are a victim of fraud, you may want to contact your local law enforcement agency to make an identity
theft report. The identity theft report should include as many of the following elements as possible: specific dates such as
when the loss or theft of personal information occurred or when the fraud(s) occurred; how you discovered or learned of
the theft; any known information about the perpetrator; the names of creditors and account numbers involved in the theft;
name and/or badge number of the law enforcement personnel who processed the report; the filing date and case
number. You may find the following suggestions helpful:

- **Protect Yourself First,** make sure an Initial Security Alert or Extended Fraud Victim Alert is on file with all
  nationwide consumer credit reporting agencies. If you request an alert with us, we will share your request with
  the other nationwide consumer credit reporting agencies, Equifax and TransUnion.
- **Inform the Sources** Contact each source of information, including creditors and public record offices, and
  inform them that the account is fraudulent.
- **Document all Contacts** Make notes of everyone you spoke with; ask for names, department names, phone
  extensions; record the date you spoke to them.
- **Understand the Process** Each creditor may have a different process for handling a fraud claim. Make sure
  you understand exactly what is expected from you, and then ask what you can expect from the creditorAt the
  conclusion of a dispute, ask the creditor for a document that states you are not responsible for the
  debt.
- **Follow Up** Make sure everything the creditor or credit reporting agency has requested is received. It is always a
  good idea to place a follow up call or send a letter for confirmation.
- **Review Reports Regularly** We suggest that you routinely request new copies of your personal credit report to
  review.
- **Don't Throw Away Files** Keep all notes and correspondence in an accessible file in case they are needed in
  the future.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report
carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to
the furnisher of the information or to the vendor who collected the information from a public record. If we were able to
make changes to your credit report based on information you provided, or if you requested the addition of a statement,
we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all
relevant information and any documents you gave us with your dispute, and instructed them to: review all information we
provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and
update their records and systems as necessary.
### How to read your results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has
certified to Experian that the information is accurate. This item was not changed as a result of our processing of your
dispute. **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has
been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include

EXHIBIT 5

an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.Processed - This item was either updated or deleted; Please review your report for the details.

## Here are your results

### Credit items

HYUNDAI CAPITAL AMERIC 151328.... Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.



### Before dispute

**HYUNDAI CAPITAL AMERICA** Partial Acct # 151328... 4000 MACARTHUR BLVD STE 1000 NEWPORT BEACH CA 92660 (800) 523-4030

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2015 | Dec 2015 | $1,433 as of Apr 2020 | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0668215410 | 48 Months | Open/Never late. | 2020 |
| Type | Monthly payment | Comment: | 2019 |
| Auto Lease | $266 | Early | |
| Responsibility | Credit limit or original | termination/balance | 2018 |
| Joint with | amount | owing. | 2017 |
| JULIA FERGUSON | $11,799 | This item was updated | |
| | High balance | from our processing of | 2016 |
| | Not reported | your dispute in May | 2015 |
| | | 2020. | |
| | | Date of Status | |
| | | Apr 2020 | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Sep19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,231 | 2,231 | 2,231 | 266 | 511 | 757 | 1,003 | 1,249 | 1,495 | 1,741 | 1,986 | 2,232 | 2,478 | 2,724 | 2,970 |
| DPR | Dec05 | Dec05 | Nov21 | Oct16 | Sep16 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec19 | Nov17 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | 266 | 10,400 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| | Oct18 | Sep18 | Aug18 | Jul18 | | | | | | | | | | | |
| AB ($) | 3,216 | 3,461 | 3,707 | 3,953 | | | | | | | | | | | |
| DPR | Oct18 | Sep18 | Aug19 | Jul23 | | | | | | | | | | | |
| SPA ($) | 266 | 266 | 266 | 266 | | | | | | | | | | | |
| AAP ($) | 266 | 266 | 266 | 266 | | | | | | | | | | | |

The original amount of this account was $11,799

### After dispute

**HYUNDAI CAPITAL AMERICA** Partial Acct # 151328... 4000 MACARTHUR BLVD STE 1000 NEWPORT BEACH CA 92660 (800) 523-4030

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2015 | Dec 2015 | $1,433 as of Jul 2020 | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0668215410 | 48 Months | Account charged off. | 2020 CO CO |
| Type | Monthly payment | $1,433 past due as of | 2019 |
| Auto Lease | Not reported | Jul 2020. | |
| Responsibility | Credit limit or original | This account is | 2018 |
| Joint with | amount | scheduled to continue on | 2017 |
| JULIA FERGUSON | $11,799 | record until Dec 2026. | |
| | High balance | Comment: | 2016 |
| | Not reported | Early | 2015 |
| | | termination/balance | |
| | | owing. | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jul 2020. | |
| | | Date of Status | |
| | | Jun 2020 | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Sep19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,433 | 2,231 | 2,231 | 2,231 | 266 | 511 | 757 | 1,003 | 1,249 | 1,495 | 1,741 | 1,986 | 2,232 | 2,478 | 2,724 |
| DPR | Nov18 | Dec05 | Dec05 | Nov21 | Oct16 | Sep16 | Aug16 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec19 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | ND | ND | 10,400 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | | | | | | | | | | |
| AB ($) | 2,970 | 3,216 | 3,461 | 3,707 | 3,953 | | | | | | | | | | |
| DPR | Nov17 | Oct18 | Sep18 | Aug19 | Jul23 | | | | | | | | | | |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | | | | | | | | | | |

7180 01 00 0202797 0001-0017167

AAP (5)    266    266    266    266    266
*The original amount of this account was $11,799*

**If our reinvestigation has not resolved your dispute, you have several options:**

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

# Your Updated Credit Report

## Payment History Legend

| | | | |
|---|---|---|---|
| Current | Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| Account 90 days past due | **FS** Foreclosure proceedings started **EC** Insurance claim | | **CLS** Closed |
| Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**HYUNDAI CAPITAL AMERICA** Partial Acct # 151328   4000 MACARTHUR BLVD STE 1000 NEWPORT BEACH CA 92660 (800) 523-4030

**TIMOTHY E FERGUSON | Report # 0525-5208-66 for 07/28/20**

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2015 | Dec 2015 | $1,433 as of Jul 2020 | |
| Address ID # | Terms | Status | |
| 0568215410 | 48 Months | Account charged off. | |
| Type | Monthly payment | $1,433 past due as of | |
| Auto Lease | Not reported | Jul 2020. | |
| Responsibility | Credit limit or original | This account is | |
| Joint with | amount | scheduled to continue on | |
| JULIA FERGUSON | $11,799 | record until Dec 2026. | |
| | High balance | Comment: | |
| | Not reported | Early termination/balance owing. This item was updated from our processing of your dispute in Jul 2020. Date of Status Jun 2020 | |

Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | CO | CO | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |



Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Sep19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,433 | 2,231 | 2,231 | 2,231 | 266 | 511 | 757 | 1,003 | 1,249 | 1,495 | 1,741 | 1,986 | 2,232 | 2,478 | 2,724 |
| DPR | Nov18 | Dec05 | Dec05 | Nov21 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec18 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | ND | ND | 10,400 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 | 266 |

| | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|
| AB ($) | 2,970 | 3,216 | 3,461 | 3,707 | 3,953 |
| DPR | Nov17 | Oct18 | Sep18 | Aug19 | Jul23 |
| SPA ($) | 266 | 266 | 266 | 266 | 266 |
| AAP ($) | 266 | 266 | 266 | 266 | 266 |

The original amount of this account was $11,799

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**AQUA FINANCE** Partial Acct # X40368 ... 1 CORPORATE DR (WAUSAU WI 54401 (715) 848-5425

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Oct 2018 | Joint with | Not reported | Not reported |
| Address ID # | JULIA E FERGUSON | Credit limit or original amount | Status |
| 0568215410 | First reported | $7,500 | Closed. |
| Type | Oct 2018 | High balance | This account is scheduled to |
| Line of Credit | Terms | $7,502 | continue on record until Dec 2028. |
| | Not reported | | Comment: Purchased by another lender. Date of Status Dec 2018 |

**CAPITAL ONE** Partial Acct # 517805848838 ... PO BOX 30285 SALT LAKE CITY UT 84130 (800) 227-4825

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Aug 2011 | Individual | $221 | $7,146 as of Jul 2020 |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0568215410 | Sep 2011 | $8,750 | Open/Never late. |
| Type | Terms | High balance | Date of Status |
| Credit card | Not reported | $7,429 | Jul 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 7,249 | 7,243 | 7,266 | 7,284 | 7,175 | 7,087 | 5,701 | 4,299 | 4,181 | 3,787 | 3,809 | 3,655 | 3,817 | 3,536 | 3,110 |
| DPR | Jun17 | May18 | Apr17 | Mar18 | Feb17 | Jan18 | Dec18 | Nov16 | Oct17 | Sep16 | Aug19 | Jul17 | Jun17 | May16 | Apr15 |
| SPA ($) | 230 | 225 | 231 | 229 | 236 | 231 | 185 | 143 | 134 | 115 | 117 | 114 | 114 | 102 | 94 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul19 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,143 | 3,206 | 3,192 | 3,219 | 3,448 | 2,869 | 2,899 | 2,914 | 2,842 |
| DPR | Mar15 | Feb15 | Jan15 | Dec15 | Nov16 | Oct15 | Sep15 | Aug16 | Jul14 |
| SPA ($) | 89 | 108 | 108 | 108 | 108 | 100 | 90 | 97 | 93 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Oct 2018 and Jun 2020, your credit limit/high balance was $8,750          Between Jul 2018 and Sep 2018, your credit limit/high balance was $5,750

**FNB OMAHA** Partial Acct # 5965188352... PO BOX 8402 OMAHA NE 68103 (800) 388-7070



7180.00.020737.0002-0217166

*** 313935095-018 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

07/09/2020


Information for Good.

PCF7PH00200693-I008305-071941760
TIMOTHY E. FERGUSON

Dear TIMOTHY E. FERGUSON,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit-file-or already shows · the requested status;  OR
3.  Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    - Review relevant information we sent them, including any provided documents
    - Investigate your dispute and verify whether the information they report is accurate
    - Provide us a response to your dispute and update any other information
    - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

EXHIBIT 6

File Number:        313935095                  Page 3 of 4
Date Issued:        07/09/2020

## Your Investigation Results

---

**INVESTIGATION RESULTS - DELETED: The disputed item(s) was removed from your credit report.**

---

**HYUNDAI FINANCE #151328****** ( POB 20835, FOUNTAIN VLY, CA 92728-0835, (800) 523-4030 x7061 )**
In response to your dispute, this item was **DELETED** from your credit report.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## Universal Data Form

AUD Correction Indicator:   Update ☐   Delete ☒   Delete due to fraud ☐

| Subscriber Name: | Hyundai Capital America | | |
|---|---|---|---|
| Subscriber Address: | 4000 McArthur Blvd 7th floor,Newport Beach, CA 92660-3363 | | |

| Equifax SC: | 180FA02062 |
|---|---|
| Experian SC: | 2612005 |
| Innovis SC: | 3057511 |
| TU SC: | 7678002 |

### Consumer Information

| Last Name | First Name | | Middle Name | | | Gen | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|
| FERGUSON | JULIA | | | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | NV | |

| Previous Last Name | | Previous First Name | | Previous Middle Name | | Previous Gen |
|---|---|---|---|---|---|---|
| | | | | | | |

| Previous Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator: | | ECOA: | | | Phone: | |
|---|---|---|---|---|---|---|

### Employment Information

| Employer Name: | | Occupation: | |
|---|---|---|---|

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|

### Associated Consumer Information

| Last Name | First Name | | Middle Name | | | Gen | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|
| FERGUSON | TIMOTHY | | | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | NV | |

| Consumer Information Indicator: | | ECOA: | | | Phone: | |
|---|---|---|---|---|---|---|

| Last Name | First Name | | Middle Name | | | Gen | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|

| Consumer Information Indicator: | | ECOA: | | | Phone: | |
|---|---|---|---|---|---|---|

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 0960 | 12-18-2015 | | | I | | | | | |

| Term Dur /Freq | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| I | | | | DA | | 3A | | 10-21-2020 | | |

| Original Creditor Name | | Creditor Classification | Mortgage Agency Identifier | | See Marketing Agency Id Account # | | Specialized Payment Indicator | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Purchased Portfolio or Sold Name | | Portfolio Indicator | Deferred Payment Start Date | | Balloon Payment Due Date | | Balloon Payment Amount | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Mortgage Id # | | | | | AUD Control # | 101400899 |
|---|---|---|---|---|---|---|

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | - | - | - | | | | | | | | | |

| Submitted By: | | Tel#: | | Date: | 10-21-2020 |
|---|---|---|---|---|---|

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted

EXHIBIT 7