Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TIMOTHY E. FERGUSON )
 )
    Plaintiff, )
 ) No. 2:20-cv-01960-JCM-BNW
vs. )
 )
EXPERIAN INFORMATION )
SOLUTIONS, INC. ) STIPULATION AND ORDER FOR
 ) DISMISSAL WITH PREJUDICE
    Defendant. )
 )

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
| /s/ Mitchell D. Gliner | /s/ Bob L. Olson |
| MITCHELL D. GLINER, ESQ. | BOB L. OLSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 003783 |
| 3017 W. Charleston Blvd. # 95 | CHARLES E. GIANELLONI, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 012747 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., # 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for Defendant |

IT IS SO ORDERED this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 1, 2021.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.

4852-3952-7386