Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TIMOTHY E. FERGUSON         )
                            )
        Plaintiff,          )
                            )   No. 2:20-cv-01960-JCM-BNW
vs.                         )
                            )
EXPERIAN INFORMATION        )
SOLUTIONS, INC.             )   STIPULATION AND ORDER FOR
                            )   DISMISSAL WITH PREJUDICE
        Defendant.          )
                            )

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                           SNELL & WILMER, L.L.P.

_____                          _____
MITCHELL D. GLINER, ESQ.                           BOB L. OLSON, ESQ.
Nevada Bar No. 003419                              Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95                      CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102                            Nevada Bar No. 012747
Attorney for Plaintiff                             3883 Howard Hughes Pkwy., # 1100
                                                   Las Vegas, Nevada 89169
                                                   Attorneys for Defendant

IT IS SO ORDERED February 5, 2021.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 1, 2021.

/s/ Mary Full
Employee of Snell & Wilmer L.L.P.

4852-3952-7386